IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROCKY MOUNTAIN HOLDINGS,

    Plaintiff,

v.                                         CASE NO. 5:13-cv-58-RS-GRJ

LONNIE T. JOHNSON and
SHAUNNA JOHNSON,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 40). I have reviewed the recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This Court lacks subject matter jurisdiction over this matter.

3. The Clerk is directed to remand the case to state court (in the 14th Judicial Circuit, Holmes County), close the file, and terminate all pending motions.

**ORDERED** on December 16, 2013.

                                      **/s/ Richard Smoak**
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**